■ In the Matter of JACOB MILLSTEIN, an Attorney. — Motion for reinstatement to practice as an attorney and counselor at law in the State of New York denied. Concur — Murphy, P. J., Kupferman, Sandler, Ross and Silverman, JJ.

■ ANDREW J. MILAM, v GIBSON & CUSHMAN OF NEW YORK, INC. — Motion granted insofar as to amend the order of this court entered on April 28, 1981 by deleting the word "and" appearing after the semicolon on the seventh line of the last paragraph and adding the following after the word "thereon", appearing on the ninth line of said order: "and (3) plaintiff shall proceed to trial without further discovery." Concur — Ross, J.P., Carro, Bloom, Fein and Lynch, JJ.